# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2026 WY 5

*October Term, A.D. 2025*

**January 7, 2026**

KYLE XAVIER WALLENTINE,

**Appellant**
**(Defendant),**

**v.**                                                             S-25-0217

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]     **This matter** came before the Court upon its own motion following notification that Appellant has filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional no contest plea to eight counts of sexual abuse of a minor in the second degree.  Wyo. Stat. Ann. § 6-2-315(a)(ii).  For each count, the district court imposed a sentence of 8 to 15 years of incarceration.  The court ordered each count to run consecutively.  Appellant filed this appeal to challenge the district court's September 2, 2025, Judgment and Sentence.

[¶2]     On October 28, 2025, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant filed a *pro se* brief in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, Appellant's *pro se* brief, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Kyle Xavier Wallentine, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Uinta County District Court's September 2, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 7th day of January, 2026.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**